UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE McGRAW-HILL COMPANIES, INC. ) <br> and STANDARD AND POOR'S FINANCIAL ) <br> SERVICES, LLC, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> ROBERT E. COOPER, JR., in his official ) <br> capacity as the ATTORNEY GENERAL ) <br> OF THE STATE OF TENNESSEE, ) <br>   ) <br> Defendant. ) | No. 3:13-00089 <br> Judge Sharp |

## ORDER

This declaratory judgment action is related to a civil enforcement action brought by the State of Tennessee and removed to this Court. By Order and Memorandum in that case, State of Tennessee v. The McGraw Hill Companies, Inc., Case No. 3:13-00193 (M.D. Tenn. 2013), the Court has entered a stay and deferred ruling on the State of Tennessee's Motion to Remand pending a decision by the Judicial Panel on Multi-District Litigation on whether that action and sixteen other similar actions pending across the country should be consolidated. The analysis set forth in that opinion applies with equal force in this case and is incorporated herein by reference. Based upon the reasons provided in that opinion, the Court hereby GRANTS Plaintiff's Motion to Stay (Docket No. 13), rendering Plaintiffs' Motion for Oral Argument (Docket No. 30) MOOT. The Clerk will terminate Defendant's Motion to Dismiss for Lack of Jurisdiction (Docket No. 25), but Defendant may file a notice renewing its Motion if the Judicial Panel on Multi-District Litigation declines the pending request for transfer. Finally, and as a housekeeping matter, Defendant's Motion to Dismiss

1

for Lack of Jurisdiction on <u>Younger</u> Abstention Grounds (Docket No. 9) is hereby DENIED AS MOOT in light of the filing of an Amended Complaint (Docket No. 12).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE