ORDER:
Motion granted. ICMC to be reset by separate Order, if n necessary.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

| | |
|---|---|
| THE McGRAW-HILL COMPANIES, INC. and STANDARD AND POOR'S FINANCIAL SERVICES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:13-cv-89 ) |
| ROBERT E. COOPER, JR., in his official capacity as the ATTORNEY GENERAL OF THE STATE OF TENNESSEE, | ) Judge Sharp ) ) Magistrate Judge Knowles ) |
| Defendant. | ) |

_____

**JOINT MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE**
_____

Come now Defendant Robert E. Cooper, Jr., in his official capacity as the Attorney General of the State of Tennessee, and Plaintiffs The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services, LLC, all by and through counsel, and respectfully move the Court to postpone the case management conference currently scheduled on April 29, 2013, on the following grounds:

1. The above-captioned matter, and the related case of *State of Tennessee ex rel. Robert E. Cooper, Jr., Attorney General and Reporter v. The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*, Case No. 3:13-cv-193 (M.D. Tenn.), are presently scheduled for case management conferences on Monday, April 29, 2013.

2. Both cases have case-dispositive motions pending, as well as motions to stay proceedings. *See* Docket Nos. 13 and 25 and *State of Tennessee ex rel. Robert E. Cooper, Jr.,*